IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ANN MARIE PARSELL,<br><br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; FIRST TECH FEDERAL CREDIT UNION; and FINANCIAL ASSISTANCE, INC.,<br><br>    Defendants. | Civil Action No.: 5:22-cv-01002-XR<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT FIRST TECH FEDERAL CREDIT UNION** |

NOTICE IS HEREBY GIVEN that Plaintiff Ann Marie Parsell ("Plaintiff") and Defendant First Tech Federal Credit Union ("First Tech") have resolved the claims between them in this matter. The Parties are in the process of finalizing the terms and performance attendant to that resolution. The Parties anticipate completing that performance within the next fifty (50) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter as there are no remaining Defendants. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated: August 26, 2025,            */s/ James Ristvedt*
                                                            James Ristvedt, AZ Bar No. 035938
                                                            *admitted pro hac vice*
                                                            David A. Chami, AZ Bar No. 027585
                                                            **CONSUMER JUSTICE LAW FIRM**
                                                            8095 North 85th Way
                                                            Scottsdale, Arizona 85258
                                                            T: (480) 626-1956; (480) 626-2359

E: jristvedt@consumerjustice.com
dchami@consumerjustice.com

*Attorneys for Plaintiff Ann Marie Parsell*

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER JUSTICE LAW FIRM**

By: */s/ Shaun Pambid*
Shaun Pambid